

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00659-CV

**IN THE INTEREST OF O.K. IV**, a Child,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00140
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal of an order terminating Appellant's parental rights, Appellant's court-appointed attorney filed an *Anders* brief in which counsel asserts there are no meritorious issues to raise on appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in a parental rights termination appeal). Counsel informed Appellant of her right to file a pro se brief. Counsel also provided Appellant with a pro se motion for access to the appellate record, addressed to the Fourth Court of Appeals, that lacks only Appellant's dated signature. *See Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014).

The State has filed a letter waiving its right to file an appellee's brief unless Appellant files a pro se brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so within TWENTY DAYS of the date of this order. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the State may file a responsive brief not later than TWENTY DAYS after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

Counsel's motion to withdraw is HELD IN ABEYANCE pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.



_____
Keith E. Hottle
Clerk of Court